CAPRICE IMPORTS, INC., v. SOC. ACC. SEMPLICE CALZATURIFICIO VIBELSPORT DI VIBELLI & C., et al.— Motion for a stay granted on condition that the appellant procures the record on appeal and the appellant's points to be served and filed on or before April 25, 1961, with notice of argument for the June 1961 Term, said appeal to be argued or submitted when reached and upon

630

the other terms contained in the stipulation between the parties herein entered into on March 23, 1961. Concur—Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.